In the Matter of the Application of JACOB BASSUK et al., Appellants, against JOHN F. HYLAN, as Mayor of the City of New York, et al., Respondents.

*Appeal — reversal in exercise of discretion of order granting peremptory mandamus — appeal to Court of Appeals dismissed.*

*Matter of Bassuk* v. *Hylan*, 215 App. Div. 786, appeal dismissed.
(Argued March 28, 1927; decided April 7, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 18, 1925, which reversed in the exercise of discretion an order of Special Term granting a motion for a peremptory order of mandamus and denied said motion.

*Louis Nizer* and *Louis Phillips* for appellants.

*George P. Nicholson,* Corporation Counsel (*Joseph P. Reilly* and *James E. O'Reilly* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.